DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 West Charleston Blvd, Suite 560
Las Vegas, NV 89135
P: (702) 534-7600
F: (702) 534-7601
Email: eservice@thedplg.com
Attorneys for Plaintiff
*Renee Jenkins*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENEE JENKINS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>PRIME WASHINGTON, LLC, d/b/a CORNERSTONE CROSSINGS APARTMENTS, a Delaware limited liability company; PRIME ADMINISTRATION, LLC, d/b/a PRIME GROUP, a Delaware limited liability company; PAULETTA DEARINGER, an individual; ROE PROPERTY MANAGEMENT COMPANY; ROE PROPERTY MANAGER; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | CASE NO.:  2:20−CV−00653−JCM−DJA<br><br>**STIPULATION AND ORDER, FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RENEE

JENKINS, through her counsel of record, Dennis M. Prince and Kevin T. Strong of

PRINCE LAW GROUP, and Defendants PRIME WASHINGTON, LLC, d/b/a

CORNERSTONE CROSSINGS APARTMENTS, PRIME ADMINISTRATION, LLC,



d/b/a PRIME GROUP, and PAULETTA DEARINGER, by and through their counsel of record, Rachel J. Holzer of TYSON & MENDES LLP, that the deadline for Plaintiff to file her Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) (ECF No. 6) shall be extended by seven (7) days, from April 27, 2020 to May 4, 2020.  The Motion was filed on April 13, 2020. This is the first stipulation for extension of time to file Plaintiff's opposition to Defendants' motion. This Stipulation and [Proposed Order] is submitted in accordance with LR IA 6-1.

Good cause exists to grant the parties' stipulation. Specifically, Plaintiff's counsel, Prince Law Group, filed its notice of association on April 24, 2020. (ECF No. 10). Prince Law Group will file a Substitution of Counsel once the necessary signatures are obtained. As Defendants have made clear in their Motion to Dismiss, there are complex procedural matters that require a complete review of the pleadings and procedural history in this matter. Plaintiff's counsel requires additional time to review the record to more fully understand the aforementioned procedural matters and prepare an appropriate opposition to Defendants' Motion to Dismiss. This additional time will also provide the Plaintiff more time to fully and properly apprise the Court of the legal issues in this matter.

There are currently no scheduled hearings in this case. A short extension to file an opposition will not unduly delay the proceedings, nor adversely affect or prejudice the parties. This request is not being made in bad faith, but to allow Plaintiff's counsel time to review the pleadings in this case, and other related cases, in order to properly

///
///
///
///
///
///



2

1    respond to Defendants' Motion. Therefore, the parties respectfully request this Court

2    to approve the foregoing stipulation.

3

4    DATED this <u>24th</u> day of April, 2020.          DATED this <u>24th</u> day of April, 2020

5    **PRINCE LAW GROUP**                          **TYSON & MENDES, LLP**

6    <u>/s/ Dennis M. Prince          </u>          <u>/s/ Rachel J. Holzer          </u>
     DENNIS M. PRINCE                               RACHEL J. HOLZER
7    Nevada Bar No. 5092                            Nevada Bar No. 11604
     KEVIN T. STRONG                                3960 Howard Hughes Parkway, Suite 600
8    Nevada Bar No. 12107                           Las Vegas, Nevada 89169
     10801 W. Charleston Boulevard, Suite 560       Attorneys for Defendants
9    Las Vegas, Nevada 89135
10   Attorneys for Plaintiff

11

12                              <u>ORDER</u>

13        **IT IS SO ORDERED.**

14        DATED April 27, 2020.

15

16                                        _____
                                          UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28



3