**TYSON & MENDES LLP**
RACHEL J. HOLZER
Nevada Bar No. 11604
Email: rholzer@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendants Prime Washington, LLC*
*dba Cornerstone Crossings Apartments, Prime Administration. LLC*
*dba Prime Group, and Pauletta Dearinger*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENEE JENKINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRIME WASHINGTON, LLC, d/b/a CORNERSTONE CROSSINGS APARTMENTS, a Delaware limited liability company; PRIME ADMINISTRATION, LLC, d/b/a PRIME GROUP, a Delaware limited liability company; PAULETTA DEARINGER, an individual; ROE PROPERTY MANAGEMENT COMPANY; ROE PROPERTY MANAGER; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | Case No. 2:20-CV-00653-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |

IT IS HEREBY STIPULATED AND AGREED, by Defendants PRIME WASHINGTON, LLC, d/b/a CORNERSTONE CROSSINGS APARTMENTS, PRIME ADMINISTRATION, LLC d/b/a PRIME GROUP, and PAULETTA DEARINGER, by and through their counsel of record, Rachel J. Holzer of TYSON & MENDES LLP and Plaintiff RENEE JENKINS, through her counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, that the deadline for Defendants to file their Response to Plaintiff Renee Jenkins' Motion to Remand (ECF No. 23) shall be extended by seven (7) days, from May 21, 2020 to May 28, 2020. The Motion to Remand was filed on May 7, 2020. This is the first stipulation for extension of time to file Defendants' Response to Plaintiff Renee Jenkins' Motion

to Remand. This Stipulation and [Proposed Order] is submitted in accordance with LR IA 6-1. There are currently no scheduled hearings in this case. A short extension to file a response will not unduly delay the proceedings, nor adversely affect or prejudice the parties. This request is not being made in bad faith. The parties respectfully request this Court to approve the foregoing stipulation.

Dated this 19th day of May 2020.

**PRINCE LAW GROUP**

*/s/ Kevin T. Strong*
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
10801 West Charleston Boulevard, Suite 560
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Renee Jenkins*

Dated this 19th day of May 2020.

**TYSON & MENDES, LLP**

*/s/ Rachel J. Holzer*
RACHEL J. HOLZER
Nevada Bar No. 11604
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendants Prime Washington, LLC dba Cornerstone Crossings Apartments, Prime Administration. LLC dba Prime Group, and Pauletta Dearinger*

**ORDER**

**IT IS SO ORDERED.**

Dated: May 20, 2020.

_____
**UNITED STATES DISTRICT JUDGE**