DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
ANGELA M. LEE
Nevada Bar No. 14905
**PRINCE LAW GROUP**
10801 West Charleston Blvd, Suite 560
Las Vegas, NV 89135
P: (702) 534-7600
F: (702) 534-7601
Email: eservice@thedplg.com
Attorneys for Plaintiff
*Renee Jenkins*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENEE JENKINS, an Individual,<br><br>                    Plaintiff,<br><br>v.<br><br>PRIME WASHINGTON, LLC, d/b/a CORNERSTONE CROSSINGS APARTMENTS, a Delaware limited liability company; PRIME ADMINISTRATION, LLC, d/b/a PRIME GROUP, a Delaware limited liability company; PAULETTA DEARINGER, an individual; ROE PROPERTY MANAGEMENT COMPANY; ROE PROPERTY MANAGER; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>                    Defendants. | CASE NO.:  2:20–CV–00653–JCM–DJA<br><br><br>**STIPULATION AND<br>ORDER] FOR EXTENSION OF<br>TIME TO FILE A REPLY IN<br>SUPPORT OF PLAINTIFF RENEE<br>JENKINS'S MOTION TO REMAND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RENEE

JENKINS, through her counsel of record, Dennis M. Prince, Kevin T. Strong, and Angela

M. Lee of PRINCE LAW GROUP, and Defendants PRIME WASHINGTON, LLC, d/b/a



1  CORNERSTONE CROSSINGS APARTMENTS, PRIME ADMINISTRATION, LLC,
2  d/b/a PRIME GROUP, and PAULETTA DEARINGER, by and through their counsel of
3  record, Rachel J. Holzer and Thomas McGrath of TYSON & MENDES LLP, that the
4  deadline for Plaintiff to file her Reply in Support of Plaintiff Renee Jenkins's Motion to
5  Remand (ECF No. 23) shall be extended by seven (7) days, from May 29, 2020 to June
6  5, 2020. Plaintiff's Motion to Remand was filed on May 7, 2020. Th
7  stipulation for extension of time to file Plaintiff's Reply in Support of Plaintiff Renee
8  Jenkins's Motion to Remand. This Stipulation and [Proposed Order] is submitted in
9  accordance with LR IA 6-1.

   Good cause exists to grant the parties' stipulation. There are complex procedural
10 matters that require additional time to appropriately reply to Defendant's Opposition.
11 This additional time will provide the Plaintiff more time to fully and properly apprise
12 the Court of the legal issues in this matter. There are currently no scheduled hearings
13 in this case. A short extension to file an opposition will not unduly delay the
14 proceedings, nor adversely affect or prejudice the parties. This request is not being
15 made in bad faith, but to allow Plaintiff's counsel time to properly respond to
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28



2

1  Defendants' Opposition. Therefore, the parties respectfully request this Court to

2  approve the foregoing stipulation.

3

4  DATED this <u>29th</u> day of May, 2020.          DATED this <u>29th</u> day of May, 2020

5  **PRINCE LAW GROUP**                              **TYSON & MENDES, LLP**

6  <u>/s/ Dennis M. Prince</u>                       <u>/s/ Thomas McGrath</u>
   DENNIS M. PRINCE                                 THOMAS McGRATH
7  Nevada Bar No. 5092                              Nevada Bar No. 7086
   KEVIN T. STRONG                                  RACHEL J. HOLZER
8  Nevada Bar No. 12107                             Nevada Bar No. 11604
   ANGELA M. LEE                                    3960 Howard Hughes Parkway, Suite 600
9  Nevada Bar No. 14905                             Las Vegas, Nevada 89169
   10801 W. Charleston Boulevard, Suite 560         Attorneys for Defendants
10 Las Vegas, Nevada 89135
11 Attorneys for Plaintiff

12

13

14                              <u>**ORDER**</u>

15      **IT IS SO ORDERED.**

16      DATED May 29, 2020.

17

18                                        _____
                                          UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28



3